officers and directors of Glen Alden from carrying out this agreement.[9]

Decree affirmed at appellants' cost.

---

[9] Because of our disposition of this appeal, it is unnecessary for us to consider whether the plaintiff had any pre-emptive rights in the proposed issuance of newly authorized shares as payment for the transfer of assets from List, or whether amended sections 908C and 311F of the corporation law may constitutionally be applied to the present transaction to divest the plaintiff of his dissenter's rights.

## Commonwealth ex rel. Haines, Appellant, v. Banmiller.

Submitted May 26, 1958. Before JONES, C. J., BELL, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Percy S. Haines,* appellant, in propria persona.

*Clinton R. Weidner,* District Attorney, for appellee.

OPINION PER CURIAM, June 30, 1958:

The order of the court below is affirmed on the excellent opinion of President Judge W. C. SHEELY, 51st Judicial District, specially presiding.

Howell *v.* Franke (et al., Appellants).

Argued April 24, 1958. Before BELL, MUSMANNO, ARNOLD, JONES and COHEN, JJ.